**IT IS SO ORDERED.**

**SIGNED THIS: January 30, 2006**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ALJIM DEVA and, | ) | BANKRUPTCY |
| SALIJE DEVA, | ) | NO.   04-74657 |
| | ) | |
| Debtors. | ) | |

_____

**ORDER ON CLAIMS**
_____

THIS CAUSE coming on for determination on the Trustee's Application for Allowance of Claims filed by the Trustee, and the Court being advised in the premises, IT IS ORDERED that Claim No. 2 filed by **Lewis Electric** is **allowed, unsecured**, in the amount of **$3,044.01.**

###