**UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | |
| | NO. 04-74657 LL |
| DEVA, ALJIM | |
| DEVA, SALIJE | CHAPTER 7 |
| | |
| Debtors. | |

))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))
**TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**
))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

JOHN L. SWARTZ, Trustee of the estate of the above-named Debtors, certifies to the Court and the United States Trustee, that the Trustee has faithfully and properly fulfilled the duties of the office of the Trustee, that the Trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of Court.

THEREFORE, the Trustee requests that the Final Report and Proposed Distribution be accepted.


DATE: <u>February 27, 2006</u>         /s/         John L. Swartz         
                                                    JOHN L. SWARTZ, TRUSTEE

Printed: 02/27/06 11:22 AM        **PROPOSED CLAIMS DISTRIBUTION**                               Page: 1

### Case: 04-74657   DEVA, ALJIM

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 10/21/04 | 200 | JOHN L. SWARTZ<br>P. O. BOX 2117<br>SPRINGFIELD, IL 62705<br>\<2100-00  Trustee Compensation\> | 458.34 | 458.34 | 0.00 | 458.34 | 458.34 |
| | | | **Priority 200:   100% Paid** | | | | | |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/07/05 | 610 | Kuna Foodservice<br>c/o Vogler Law Firm<br>P.O. Box 419037<br>St. Louis, MO 63141-9037<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Allow as filed. | 3,428.63 | 3,428.63 | 0.00 | 3,428.63 | 400.08 |
| 2 | 04/13/05 | 610 | Lewis Electric<br>1204 W. Dean<br>P.O. Box 106<br>Virden, IL 62690-0106<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Allow as filed. | 3,044.01 | 3,044.01 | 0.00 | 3,044.01 | 355.20 |
| 3 | 05/03/05 | 610 | Consolidated Communications<br>121 South 17th Street<br>Mattoon, IL 61938<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Allow as filed. | 842.84 | 842.84 | 0.00 | 842.84 | 98.35 |
| 4 | 05/17/05 | 610 | Kohl Wholesale<br>130 Jersey<br>P.O. Box 729<br>Quincy, IL 62306-0729<br>\<7100-00  General Unsecured § 726(a)(2)\><br>Allow as filed. | 4,455.27 | 4,455.27 | 0.00 | 4,455.27 | 519.87 |
| | | | **Total for Priority 610:   11.66876% Paid** | **$11,770.75** | **$11,770.75** | **$0.00** | **$11,770.75** | **$1,373.50** |
| | | | **Total for Unsecured Claims:** | **$11,770.75** | **$11,770.75** | **$0.00** | **$11,770.75** | **$1,373.50** |
| | | | **Total for Case :** | **$12,229.09** | **$12,229.09** | **$0.00** | **$12,229.09** | **$1,831.84** |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-74657 LL  
**Case Name:** DEVA, ALJIM  
DEVA, SALIJE  
**Period Ending:** 03/27/06

**Trustee:** (330050) JOHN L. SWARTZ  
**Filed (f) or Converted (c):** 10/21/04 (f)  
**§341(a) Meeting Date:** 12/13/04  
**Claims Bar Date:** 06/28/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | OA | 0.00 | FA |
| 2 | WEARING APPAREL | 200.00 | 0.00 | OA | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES 1993 Cadillac | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | TAX REFUNDS (u) 2004 tax refunds | 1,825.00 | 1,825.05 | | 1,825.05 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.32 | FA |
| 5 | Assets Totals (Excluding unknown values) | $5,025.00 | $1,825.05 | | $1,833.37 | $0.00 |

**Major Activities Affecting Case Closing:**

Close

TIR 2 2/06

**Initial Projected Date Of Final Report (TFR):** October 14, 2005    **Current Projected Date Of Final Report (TFR):** February 27, 2006 (Actual)

Printed: 03/27/2006 08:58 AM    V.8.02

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-74657 LL |
| **Case Name:** | DEVA, ALJIM |
| | DEVA, SALIJE |
| **Taxpayer ID #:** | 13-7449456 |
| **Period Ending:** | 03/27/06 |

| | |
|---|---|
| **Trustee:** | JOHN L. SWARTZ (330050) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****86-65 - Money Market Account |
| **Blanket Bond:** | $65,678,517.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/05 | {4} | Michael R. Glenn, Attorney | non-exempt tax refund | 1224-000 | 1,825.00 | | 1,825.00 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 0.14 | | 1,825.14 |
| 04/04/05 | {4} | Aljim Deva | To correct original deposit amount | 1224-000 | 0.05 | | 1,825.19 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 0.53 | | 1,825.72 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 0.54 | | 1,826.26 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4000% | 1270-000 | 0.58 | | 1,826.84 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 0.63 | | 1,827.47 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4500% | 1270-000 | 0.70 | | 1,828.17 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 0.72 | | 1,828.89 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.79 | | 1,829.68 |
| 11/23/05 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 11/03/2005 FOR CASE #04-74657 | 2300-000 | | 1.53 | 1,828.15 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 0.83 | | 1,828.98 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.92 | | 1,829.90 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.03 | | 1,830.93 |
| 02/27/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.7000% | 1270-000 | 0.91 | | 1,831.84 |
| 02/27/06 | | To Account #********8666 | MONEY MARKET FUNDS TRANSFERED TO CHECKING - CASE READY TO CLOSE | 9999-000 | | 1,831.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,833.37** | **1,833.37** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,831.84 | |
| | | | **Subtotal** | | **1,833.37** | **1.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,833.37** | **$1.53** | |

{} Asset reference(s)    Printed: 03/27/2006 08:58 AM    V.8.02

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 04-74657 LL  
**Case Name:** DEVA, ALJIM  
              DEVA, SALIJE  
**Taxpayer ID #:** 13-7449456  
**Period Ending:** 03/27/06  

**Trustee:** JOHN L. SWARTZ (330050)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****86-66 - Checking Account  
**Blanket Bond:** $65,678,517.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/06 | | From Account #********8665 | MONEY MARKET FUNDS TRANSFERED TO CHECKING - CASE READY TO CLOSE | 9999-000 | 1,831.84 | | 1,831.84 |
| | | | **ACCOUNT TOTALS** | | 1,831.84 | 0.00 | $1,831.84 |
| | | | Less: Bank Transfers | | 1,831.84 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****86-65** | 1,833.37 | 1.53 | 0.00 |
| **Checking # ***-*****86-66** | 0.00 | 0.00 | 1,831.84 |
| | $1,833.37 | $1.53 | $1,831.84 |

{} Asset reference(s)                                                            Printed: 03/27/2006 08:58 AM    V.8.02

# Trustee's Compensation

**Debtor:** DEVA, ALJIM  **Case:** 04-74657

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 1,833.37 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 1,833.37 | = | 458.34 |
| 10% of Next $45,000 | 0.00 | = | 0.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$458.34** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$458.34** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$458.34** |

## Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$0.00** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$0.00** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $458.34 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  02/27/06                    Signed:_____

JOHN L. SWARTZ
P. O. BOX 2117

SPRINGFIELD, IL 62705

Form feeduentc

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Aljim Deva and Salije Deva  *Case No.:* 04–74657
*Debtor*

*Chapter:* 7

## NOTICE RE: OUTSTANDING FEES DUE

*Notice is hereby provided*

*Fees are due and owing in the above named case in the amount of $0.00 .*

- ☐ 1. The debtor should contact the trustee to determine if there are funds from the estate to pay the fees. If there are no such funds, it is the debtor's responsibility to submit payment in full.

- ☐ 2. The debtor's Motion to Dismiss the above named case has been filed. An Order dismissing this case will be prepared and presented to the Judge upon receipt of outstanding fees.

- ☐ 3. The trustee should submit payment to the extent funds were received by the trustee. If there are insufficient funds to pay the outstanding fees in full, please notify the clerk's office.

- ☐ 4. This case will be closed and a discharge will not be issued if the outstanding fees are not paid on or before 2/22/06.

- ☑ 5. No outstanding fees due in this case at this time.

- ☐ 6. An Order on the Motion for Final Decree will not be entered until outstanding fees are paid in full.

- ☐ 7. Other:

*Please note: This office does not accept personal checks. Submit a certified check, firm or company check, or money order, payable to: Clerk, U.S. Bankruptcy Court, at the above address. Do not send cash; it cannot be accepted by mail. If paying in person, exact change is required.*

*Dated:* 2/8/06

Hardin W. Hawes
Clerk, U.S. Bankruptcy Court