**UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | |
| DEVA, ALJIM | NO. 04-74657 LL |
| DEVA, SALIJE | |
| | CHAPTER 7 |
| Debtors | |

**TRUSTEE'S REPORT OF FINAL ACCOUNT
AND MOTION (APPLICATION) FOR
CLOSING AND DISCHARGE**

    JOHN L. SWARTZ, Trustee of the estate of the above-named Debtors, certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

    THEREFORE, pursuant to FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Date: June 30, 2006

                                        /s/    John L. Swartz
                                                  JOHN L. SWARTZ, TRUSTEE

**UNITED STATES BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | | |
| DEVA, ALJIM | \| | NO. 04-74657 LL |
| DEVA, SALIJE | \| | CHAPTER 7 |
| Debtors. | \| | |

**CHAPTER 7 ASSET CASE SUMMARY OF FINAL REPORT**

| | | |
|---|---|---|
| $ 1,833.37 | 1. | TOTAL RECEIPTS |
| | | FEES AND EXPENSES |
| $ 458.34 | 2. | Trustee Compensation |
| $ 0.00 | 3. | Fee for Attorney for Trustee |
| $ 1.53 | 4. | Other Professional Fees and All Expenses (Including Fee for Attorney for Debtor) |
| | | DISTRIBUTIONS |
| $ 0.00 | 5. | Secured Creditors |
| $ 0.00 | 6. | Priority Creditors |
| $ 1,373.50 | 7. | Unsecured Creditors |
| $ 0.00 | 8. | Equity Security Holders |
| $ 0.00 | 9. | Other Distributions (Including Payments to Debtor) |
| $ 1,833.37 | 10. | TOTAL DISBURSEMENTS |

DATED: June 29, 2006

/s/   John L. Swartz
JOHN L. SWARTZ, TRUSTEE

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-74657 LL | Trustee: | JOHN L. SWARTZ (330050) |
|---|---|---|---|
| Case Name: | DEVA, ALJIM | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DEVA, SALIJE | Account: | ***-*****86-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7449456 | **Blanket Bond:** | $65,678,517.00   (per case limit) |
| **Period Ending:** | 06/29/06 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/05 | {4} | Michael R. Glenn, Attorney | non-exempt tax refund | 1224-000 | 1,825.00 | | 1,825.00 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.14 | | 1,825.14 |
| 04/04/05 | {4} | Aljim Deva | To correct original deposit amount | 1224-000 | 0.05 | | 1,825.19 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.53 | | 1,825.72 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.54 | | 1,826.26 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.58 | | 1,826.84 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.63 | | 1,827.47 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.70 | | 1,828.17 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.72 | | 1,828.89 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.79 | | 1,829.68 |
| 11/23/05 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 11/03/2005 FOR CASE #04-74657 | 2300-000 | | 1.53 | 1,828.15 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.83 | | 1,828.98 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.92 | | 1,829.90 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.03 | | 1,830.93 |
| 02/27/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.7000% | 1270-000 | 0.91 | | 1,831.84 |
| 02/27/06 | | To Account #********8666 | MONEY MARKET FUNDS TRANSFERED TO CHECKING - CASE READY TO CLOSE | 9999-000 | | 1,831.84 | 0.00 |

Subtotals :   $1,833.37   $1,833.37

{} Asset reference(s)

Printed: 06/29/2006 09:44 AM    V.8.12

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-74657 LL | **Trustee:** JOHN L. SWARTZ (330050) |
| **Case Name:** DEVA, ALJIM | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| DEVA, SALIJE | **Account:** ***-*****86-65 - Money Market Account |
| **Taxpayer ID #:** 13-7449456 | **Blanket Bond:** $65,678,517.00 (per case limit) |
| **Period Ending:** 06/29/06 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 1,833.37 | 1,833.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,831.84 | |
| | | | **Subtotal** | | 1,833.37 | 1.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,833.37** | **$1.53** | |

{} Asset reference(s)     Printed: 06/29/2006 09:44 AM    V.8.12

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 04-74657 LL | Trustee: | JOHN L. SWARTZ (330050) |
|---|---|---|---|
| Case Name: | DEVA, ALJIM | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DEVA, SALIJE | Account: | ***-*****86-66 - Checking Account |
| Taxpayer ID #: | 13-7449456 | Blanket Bond: | $65,678,517.00  (per case limit) |
| Period Ending: | 06/29/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/06 | | From Account #********8665 | MONEY MARKET FUNDS TRANSFERED TO CHECKING - CASE READY TO CLOSE | 9999-000 | 1,831.84 | | 1,831.84 |
| 05/05/06 | 101 | JOHN L. SWARTZ | Dividend paid 100.00% on $458.34, Trustee Compensation;  Reference: | 2100-000 | | 458.34 | 1,373.50 |
| 05/05/06 | 102 | Kuna Foodservice | Dividend paid  11.66% on $3,428.63; Claim# 1; Filed: $3,428.63; Reference: 65170 | 7100-000 | | 400.08 | 973.42 |
| 05/05/06 | 103 | Lewis Electric | Dividend paid  11.66% on $3,044.01; Claim# 2; Filed: $3,044.01; Reference: GIOVANNI RESTAURANT | 7100-000 | | 355.20 | 618.22 |
| 05/05/06 | 104 | Consolidated Communications | Dividend paid  11.66% on $842.84; Claim# 3; Filed: $842.84; Reference: | 7100-000 | | 98.35 | 519.87 |
| 05/05/06 | 105 | Kohl Wholesale | Dividend paid  11.66% on $4,455.27; Claim# 4; Filed: $4,455.27; Reference: | 7100-000 | | 519.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,831.84** | **1,831.84** | **$0.00** |
| | | | Less: Bank Transfers | | 1,831.84 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,831.84** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,831.84** | |

{} Asset reference(s)                                                        Printed: 06/29/2006 09:44 AM    V.8.12

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-74657 LL  
**Case Name:** DEVA, ALJIM  
DEVA, SALIJE  
**Taxpayer ID #:** 13-7449456  
**Period Ending:** 06/29/06

**Trustee:** JOHN L. SWARTZ (330050)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****86-66 - Checking Account  
**Blanket Bond:** $65,678,517.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****86-65 | 1,833.37 | 1.53 | 0.00 |
| Checking # ***-*****86-66 | 0.00 | 1,831.84 | 0.00 |
| | $1,833.37 | $1,833.37 | $0.00 |

{} Asset reference(s)  
Printed: 06/29/2006 09:44 AM V.8.12